**DISMISS and Opinion Filed April 11, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00260-CV

## MIGUEL SANCHEZ CASTRO, Appellant
## V.
## JERVAN STEVEN WILTZ, JAYSON KENYON, J. WILTZ LAW, L.L.C., AND VAN WILTZ LEGAL GROUP, P.L.L.C., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-00826

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is appellant's notice of nonsuit in which he informs the Court that he no longer wishes to pursue this appeal. We construe appellant's notice as a motion to dismiss the appeal, grant the motion, and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220260F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MIGUEL SANCHEZ CASTRO,
Appellant

No. 05-22-00260-CV     V.

JERVAN STEVEN WILTZ,
JAYSON KENYON, J. WILTZ
LAW, L.L.C., AND VAN WILTZ
LEGAL GROUP, P.L.L.C.,
Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-00826.
Opinion delivered by Justice Garcia.
Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITHOUT PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellees
JERVAN STEVEN WILTZ, JAYSON KENYON, J. WILTZ LAW, L.L.C., AND
VAN WILTZ LEGAL GROUP, P.L.L.C. recover their costs of this appeal from
appellant MIGUEL SANCHEZ CASTRO.

Judgment entered April 11, 2022